United States District Court
Southern District of Texas
**ENTERED**
July 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Kimberly Collins, | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 4:25-cv-01328 |
| v. | § | |
| Midland Mortgage, Midfirst Bank, and JPMorgan Chase Bank, N.A., | § | |
| *Defendants.* | § | |

## SCHEDULING ORDER

1. September 15, 2025  **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
Party requesting joinder will furnish a copy of this scheduling order to new parties.

**EXPERTS**

2a. December 12, 2025  Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b. January 12, 2026  Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

**DISCOVERY**

3. March 20, 2026  Counsel may, by agreement, continue discovery beyond the deadline. No continuance will be

granted because of information acquired in post−deadline discovery.

**MOTIONS DEADLINE**

4.   May 20, 2026     Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may not be changed by agreement.

**JOINT PRETRIAL ORDER**

5a.  August 28, 2026   THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.)

5b.  September 11, 2026   THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date.

6.   September 25, 2026   **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A

7.   September 28, 2026   **BENCH TRIAL** is set at 9:00 a.m. in Courtroom 9A.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on July 3, 2025, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge