# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**KIMBERLY COLLINS,**

*Plaintiff,*

V.

**CIVIL ACTION NO. 4:25-cv-01328**

**MIDLAND MORTGAGE,**
**MIDFIRST BANK, &**
**JPMORGAN CHASE BANK, N.A.,**

*Defendants,*

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

After considering Plaintiff's Motion for Extension of Time to All Deadlines Pending Ruling on Motion to Remand, the Court finds **good cause** to grant the motion.

IT IS ORDERED that **all deadlines** in this matter, including discovery, disclosures, amendment, and motions deadlines, are extended **until thirty (30) days after** the Court rules on Plaintiff's Motion to Remand.

SO ORDERED this ___ day of _____, 2025.

_____
**HON. ALFRED H. BENNETT**
United States District Judge