UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 24 2025

Nathan Ochsner, Clerk of Court

KIMBERLY COLLINS,

    *Plaintiff,*

V.

    CIVIL ACTION NO. 4:25-cv-01328

MIDLAND MORTGAGE,
MIDFIRST BANK, &
JPMORGAN CHASE BANK, N.A.,

    *Defendants,*

## NOTICE OF SUBMISSION

Please take notice that Plaintiff's **Motion for Extension of Time to All Deadlines Pending Ruling on Motion to Remand** will be submitted to the Honorable Judge Alfred H. Bennett for ruling on **October 15, 2025**, or as soon thereafter as the Court may consider the motion.

Respectfully submitted,

*/s/ Kimberly Collins*
Kimberly Collins
Pro Se Plaintiff
3237 Calumet St
Houston, TX 77004
(832) 929-5704